No. 63710.—B. Shackman & Co., Inc., et al. *v.* United States, protests 327899–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of wooden boxes similar in all material respects to those the subject of *B. Shackman & Co. (Inc.)* v. *United States* (39 Cust. Ct. 15, C.D. 1896), the claim of the plaintiffs was sustained.

JANUARY 13, 1960

No. 63711.—SUIT 5002.—United States *v.* D. H. Grant & Co., Inc.——————C.D. 2065 affirmed November 11, 1959. C.A.D. 723.